1
2  SEYFARTH SHAW LLP
   Robert B. Milligan (SBN 217348)
3  2029 Century Park East, Suite 3500
   Los Angeles, California 90067
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5  E-mail: rmilligan@seyfarth.com

6  Attorneys for Defendant
   POINTROLL, INC.
7

8  THE EVANS LAW FIRM
   Ingrid M. Evans (SBN 179094)
9  P.O.Box 2323
   San Francisco, California 94126-2323
10 Telephone: (415) 441-8669 / (888) 503-8267
   Facsimile: (888) 891-4906
11 E-mail: Ingrid@evanslaw.com

12 Attorneys for Plaintiff
   RENEE BEECH

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 RENEE BEECH,                          )  Case No. CV-11-2271-JCS
                                         )
17         Plaintiff,                    )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER TO EXTEND DEFENDANT'S**
18      v.                               )  **TIME TO RESPOND TO COMPLAINT**
                                         )
19 POINTROLL, INC. and DOES 1-100,       )
   Inclusive,                            )
20                                       )
           Defendants.                   )
21                                       )
                                         )
22                                       )
                                         )
23 _____)

24
25
26
27
28
   _____
   STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT /
                      CASE NO. CV-11-2271-JCS
                                1

|   |   |   |
|---|---|---|
| 1 | Pursuant to Local Rule 6-1(a), Plaintiff RENEE BEECH and Defendant POINTROLL, |
| 2 | INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the |
| 3 | deadline for Defendant to respond to the Complaint, from June 3, 2011 until June 20, 2011. By |
| 4 | entering into this stipulation, Defendant does not waive any challenges it has to this Court's |
| 5 | jurisdiction. |

This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

IT IS SO STIPULATED.

DATED: May 27, 2011                     SEYFARTH SHAW LLP


By   /s/
    Robert B. Milligan

Attorneys for Defendant POINTROLL, INC.


DATED: May 27, 2011                     THE EVANS LAW FIRM


By   /s/
    Ingrid M. Evans

Attorneys for Plaintiff RENEE BEECH

Dated: June 1, 2011

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, § X(b), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all signatories.

THE EVANS LAW FIRM

DATED: May 27, 2011

By:   /s/
INGRID M. EVANS

IT IS SO ORDERED.

DATED: _____

By_____
The Honorable Joseph C. Spero
District Court Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on 5/27/11, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ Ingrid M. Evans

THE EVANS LAW FIRM
INGRID M. EVANS
Ingrid@evanslaw.com
PO Box 2323
San Francisco, CA 94126
Telephone: 415/441-8669 or 888/503-8267
888/891-4906 (fax)

## MANUAL MAIL NOTICE LIST – BY PDF EMAIL

SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
E-mail: rmilligan@seyfarth.com

*Attorneys for Defendant*
*POINTROLL, INC.*

DAVID M. FISH (PRO HAC VICE TO BE SUBMITTED)
COUNSELOR AND ATTORNEY AT LAW
3 Park Avenue
28th Floor
New York, New York 10016

*Attorneys for Plaintiff*